1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  CAROLYN K. BLOMBERG,              No.  CIV.S-05-0483 DAD

12         Plaintiff,
                                    ORDER TO SHOW CAUSE
13      v.

14  JO ANNE B. BARNHART,
    Commissioner of Social
15  Security,

16         Defendant.
    _____/

17

18         On March 10, 2005, the court issued a scheduling order

19  along with a form entitled "Consent to Assignment or Request for

20  Reassignment," which allows a party to consent to proceed before a

21  United States Magistrate Judge, or request reassignment of this case

22  to a United States District Judge.  Pursuant to Appendix A(j) of the

23  Local Rules, and as explained in the "Notice Re Consent or Request

24  for Reassignment" accompanying that form, all parties were to execute

25  the form and return it to the Clerk of the Court within ninety days

26  from the date the action was filed.  The Local Rules, and the

                                  1

separate "Notice in All Actions Filed in the District Court," also required plaintiff to serve a copy of these documents on all parties to the action and file a proof of service with the court.   See L.R., App. A(j).   The required time has now expired and plaintiff has not returned the necessary form to the court.

Accordingly, the court HEREBY ORDERS plaintiff to show cause in writing within ten days why the necessary document has not been filed with the court.   The filing by plaintiff of an executed "Consent to Assignment or Request for Reassignment" form will be deemed compliance with this order.

DATED: June 17, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/blomberg0483.osc.form

2